IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRADER AKEEM YATES,
    Plaintiff,

vs.                                  Case No.: 3:12cv24/RV/EMT

KENNETH TUCKER, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012 (doc. 17).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Plaintiff's notice of voluntary dismissal (doc. 16) is **GRANTED** and this case is **DISMISSED without prejudice**.

       **DONE AND ORDERED** this 17th day of May, 2012.

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**