IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRADER AKEEM YATES,
    Plaintiff,

vs.                                            Case No.: 3:12cv24/RV/EMT

KENNETH TUCKER, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012 (doc. 17).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's notice of voluntary dismissal (doc. 16) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 17th day of May, 2012.


                                              /s/ _Roger Vinson_
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**